DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUMLAI PHILLIPS,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D20-1706

[April 1, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 15-018166.

Gumlai Phillips, Miramar, pro se appellant.

Adam G. Schwartz of Fox McCluskey Bush Robinson PLLC, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***